■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD PAYNE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered December 28, 1976, convicting him of rape in the first degree, sodomy in the first degree and burglary in the first degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the facts, indictment dismissed, and case remitted to the Supreme Court, Westchester County, for the purpose of entering an order in its discretion pursuant to CPL 160.50. In our opinion the guilt of defendant was not established beyond a reasonable doubt. O'Connor, J. P., Rabin, Gulotta and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA POMERANTZ, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered October 19, 1977, convicting him of perjury in the first degree (three counts), upon a jury verdict, and imposing sentence. By order dated July 31, 1978, this court reversed the judgment and dismissed the indictment *(People v Pomerantz,* 63 AD2d 457). By order dated December 20, 1978 the Court of Appeals reversed the order of this court and remitted the case to this court for review of the facts (46 NY2d 240). Judgment affirmed. No opinion. Damiani, J. P., Suozzi, O'Connor and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ANTHONY VIDAL, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed November 4, 1976, upon his conviction of manslaughter in the first degree, upon his plea of guilty, the sentence being a term of imprisonment of 8⅓ years to 25 years to be served consecutive to a previously imposed Federal sentence. Sentence modified, as a matter of discretion in the interest of justice, by changing to concurrent the provision that it be served consecutive to the previously imposed Federal sentence. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Suozzi, J. P., Rabin, Gulotta and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN A. WILSON, Appellant.—Two judgments of the County Court, Nassau County, both rendered July 11, 1977, affirmed (see *People v Crimmins,* 36 NY2d 230). O'Connor, J. P., Rabin, Gulotta and Shapiro, JJ., concur.